BENJAMIN BERNSTEIN V. MOSES BERNSTEIN, FOR USE,
ETC.

[Opinion filed December 7, 1887.]

APPEAL from the County Court of Cook County; the Hon
RICHARD PRENDERGAST, Judge, presiding.

Mr. H. B. STEVENS, for appellant.

Mr. B. M. SHAFFNER, for appellee.

*Per Curiam.* Action against appellant as surety on appeal
bond—Signature by mark—Denial of genuineness—Conflict
of evidence—Affirmed.

---

JENNIE C. VALLETTE V. JOHN T. PERIE ET AL.

[Opinion filed December 14, 1887.]

IN ERROR to the Superior Court of Cook County; the Hon.
JOHN P. ALTGELD, Judge, presiding.

Mr. F. J. GRIFFIN, for plaintiff in error.

Messrs. H. C. BENNETT and W. A. PHELPS, for defendants
in error.

*Per Curiam.* Excessive judgment—*Remittitur*—Judg-
ment as reduced, affirmed, appellees to pay costs in this court.